IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:05cr14

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | |
| ) | ORDER |
| ) | |
| ANTONIO STOWE McDANIEL ) | |
| _____ ) | |

**THIS MATTER** is before the Court on Motion of the United States to allow amendment of the caption of the indictment contained in the above captioned case to add the legally changed name of the defendant. (Doc. No. 25). The time has passed for the defendant to oppose the motion.

In support of its Motion, the government asserts that defendant has legally changed his birth name to "FATAL FATAL." Therefore, the government seeks to add that name as an alias to the caption. The amendment offered by the government is clearly ministerial and would in no way affect any substantive or procedural rights of defendant. See United States v. Morrow, 925 F.2d 779, 781 (4th Cir. 1991).

**NOW, THEREFORE, IT IS ORDERED** that the Motion of the United States to Amend the caption of the Indictment to add "a/k/a FATAL FATAL" is **GRANTED**.

The Clerk is directed to certify copies of this Order to defendant, defense counsel, U.S. Probation, U.S. Marshal Service, and the United States Attorney.

**Signed: August 30, 2005**

Robert J. Conrad, Jr.
United States District Judge