IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:05cr14

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>vs. )<br>)<br>)<br>ANTONIO McDANIEL )<br>_____ ) | ORDER |

**THIS MATTER** is before the Court upon letter of the defendant pro se received May 30, 2006, asking for the return of property seized by the government during the investigation of this case. (Doc. No. 37).

The defendant is pending sentencing; therefore, his conviction is not final. Thus, the Court finds that it would be inappropriate to order the return of any property relevant to this case.

**IT IS, THEREFORE, ORDERED** that the defendant's motion is DENIED.

The Clerk is directed to certify copies of this order to the defendant, counsel for the defendant, and to the United States Attorney.

Signed: July 13, 2006

Robert J. Conrad, Jr.
Chief United States District Judge