IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:05cr14

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| vs. | ) |
| | ) ORDER |
| | ) |
| ANTONIO McDANIEL | ) |
| | ) |

**THIS MATTER** is before the Court upon motion of the defendant for the return of property seized by the government during the investigation of this case. (Doc. No. 63).

The government has responded with documentation showing that non-contraband items seized by the Charlotte-Mecklenburg Police Department have been returned to the defendant's representative. (Doc. No. 65).

**IT IS, THEREFORE, ORDERED** that the defendant's motion is DENIED as moot.

The Clerk is directed to certify copies of this order to the defendant, counsel for the defendant, and to the United States Attorney.

Signed: March 16, 2009

Robert J. Conrad, Jr.
Chief United States District Judge